DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TWITTY v. STATE

No. 229P87.

Case below: 85 N.C. App. 42.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

W. S. CLARK & SONS, INC. v. UNION NATIONAL BANK

No. 194P87.

Case below: 84 N.C. App. 686.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

WAGNER v. R, J & S ASSOC.

No. 200P87.

Case below: 84 N.C. App. 555.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

WARD v. ZABADY

No. 227P87.

Case below: 85 N.C. App. 130.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

WHITTINGTON v. WILKERSON

No. 162P87.

Case below: 84 N.C. App. 568.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.